Marvin A. Glazer (AZ Bar No. 5885)
CAHILL GLAZER PLC
2141 E. Highland Ave., Suite 155
Phoenix, Arizona 85016
Ph. (602) 956-7000
Fax (602) 495-9475
Email: mglazer@cvglaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **HI-HEALTH SUPERMART CORPORATION**, an Arizona corporation,<br>**Plaintiff**,<br><br>vs.<br><br>**I-HEALTH, INC.**, a Delaware corporation,<br>**Defendant**. | Case No. CV 12-02615-PHX-GMS<br><br>**PLAINTIFF HI-HEALTH'S REPLY TO DEFENDANT I-HEALTH'S COUNTERCLAIMS** |

Plaintiff Hi-Health Supermart Corporation ("Plaintiff"), by and through undersigned counsel, as its Reply to the Counterclaims filed by Defendant i-Health, Inc. ("Defendant") in its Answer and Counterclaims (Doc. No. 18), states and alleges as follows:

1. Plaintiff admits the allegations of Paragraph 1 of the Counterclaims.
2. Plaintiff admits the allegations of Paragraph 2 of the Counterclaims.
3. Plaintiff admits the allegations of Paragraph 3 of the Counterclaims.
4. Plaintiff admits the allegations of Paragraph 4 of the Counterclaims.
5. Plaintiff admits the allegations of Paragraph 5 of the Counterclaims.
6. Plaintiff admits the allegations of Paragraph 6 of the Counterclaims.
7. Plaintiff denies the allegations of Paragraph 7 of the Counterclaims.
8. Plaintiff denies the allegations of Paragraph 8 of the Counterclaims.
9. Plaintiff denies the allegations of Paragraph 9 of the Counterclaims.

10. Plaintiff denies the allegations of Paragraph 10 of the Counterclaims.

11. Plaintiff denies the allegations of Paragraph 11 of the Counterclaims.

12. Plaintiff denies the allegations of Paragraph 12 of the Counterclaims.

13. Plaintiff denies the allegations of Paragraph 13 of the Counterclaims.

14. Plaintiff denies the allegations of Paragraph 14 of the Counterclaims.

15. Plaintiff denies the allegations of Paragraph 15 of the Counterclaims.

**WHEREFORE**, Plaintiff requests:

a. that the relief requested by Defendant in its Counterclaims be denied;

b. that Judgment on Defendant's counterclaims be entered in favor of Plaintiff;

c. that the Court grant the relief requested by Plaintiff within its Complaint;

d. that the Court order Defendant to pay Plaintiff its costs and expenses, including reasonable attorney's fees, related to this action; and

e. that the Court award such other and further relief as the Court deems appropriate.

**JURY TRIAL DEMAND**

Plaintiff hereby repeats its request for a trial by jury on all issues so triable in accord with Rule 38 of the Federal Rules of Civil Procedure, including any issues raised by the Defendant's Counterclaims.

Respectfully submitted this 18th day of April, 2013.

/s/Marvin A. Glazer/
Marvin A. Glazer    email: mglazer@cvglaw.com
Cahill Glazer PLC
2141 E. Highland Ave., Suite 155
Phoenix, Arizona  85016
(602) 956-7000 (Telephone)
(602) 956-4298 (Facsimile)
Attorney for Plaintiff Hi-Health Supermart Corporation

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

I HEREBY CERTIFY that on April 18, 2013, counsel for Plaintiff electronically filed the foregoing PLAINTIFF HI-HEALTH'S REPLY TO DEFENDANT I-HEALTH'S COUNTERCLAIMS with the Clerk of the Court by using the Court's CM/ECF system, which will serve an electronic notice of this filing upon all parties of record who have consented to electronic service of pleadings in this case.

        s/Marvin A. Glazer/
        Marvin A. Glazer (AZ Bar No. 005885)