Marvin A. Glazer (AZ Bar No. 5885)
CAHILL GLAZER PLC
2141 E. Highland Ave., Suite 155
Phoenix, Arizona 85016
Ph. (602) 956-7000
Fax (602) 495-9475
Email: mglazer@cvglaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| **HI-HEALTH SUPERMART CORPORATION**, an Arizona corporation,<br>**Plaintiff**,<br><br>vs.<br><br>**I-HEALTH, INC.**, a Delaware corporation,<br>**Defendant**. | Case No. CV 12-02615-PHX-GMS<br><br>**PLAINTIFF HI-HEALTH'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |

Plaintiff Hi-Health Supermart Corporation ("Plaintiff"), by and through undersigned counsel, and pursuant to the Court's Order Setting Rule 16 Case Management Conference, dated April 9, 2013 [Doc. #33], hereby provides notice that it today served Plaintiff Hi-Health's F.R.C.P. 26(a)(1) Initial Disclosures upon counsel for Defendant, via first class mail, postage pre-paid, and by email attachment.

-1-

Respectfully submitted this 9th day of May, 2013.

/s/Marvin A. Glazer/
Marvin A. Glazer     email: mglazer@cvglaw.com
Cahill Glazer PLC
2141 E. Highland Ave., Suite 155
Phoenix, Arizona  85016
(602) 956-7000 (Telephone)
(602) 956-4298 (Facsimile)
Attorney for Plaintiff Hi-Health Supermart Corporation

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

I HEREBY CERTIFY that on May 9, 2013, counsel for Plaintiff electronically filed the foregoing PLAINTIFF HI-HEALTH'S NOTICE OF SERVICE OF INITIAL DISCLOSURES with the Clerk of the Court by using the Court's CM/ECF system, which will serve an electronic notice of this filing upon all parties of record who have consented to electronic service of pleadings in this case.

s/Marvin A. Glazer/
Marvin A. Glazer (AZ Bar No. 005885)