Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
kmotolenich@weissiplaw.com
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, AZ 85251
Tel: 480-994-8888
Fax: 480-947-2663

Robert A. Rowan (*pro hac vice*)
rar@nixonvan.com
Michael E. Crawford (*pro hac vice*)
mec@nixonvan.com
Sheryl L. DeLuca (*pro hac vice*)
sld@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia  22203
Tel:  703-816-4009
Fax: 703-816-4100

*Attorneys for Defendant i-Health, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hi-Health Supermart Corp., | Case No. 2:12-cv-02615-GMS |
| Plaintiff, | |
| v. | **i-HEALTH'S NOTICE OF SERVICE OF DISCOVERY** |
| i-Health, Inc., | |
| Defendant. | |

Pursuant to Ariz. L. R. 5.2, Defendant, i-Health, Inc. ("Defendant") hereby gives notice that on September 23, 2013, Defendant served on Plaintiff, via first class mail – postage prepaid, (1) Defendant's Responses to Plaintiff's Document Requests;

1

1   (2) Defendant's Responses to Plaintiff's Admission Requests; and (3) Defendant's
2   Responses to Plaintiff's Interrogatories.
3
4   Dated this 25th day of September, 2013.     Respectfully submitted,
5
6                                                         /s/ Kenneth M. Motelnich-Salas
                                                          Kenneth M. Motolenich-Salas
7                                                         kmotolenich@weissiplaw.com
                                                          WEISS & MOY, P.C.
8                                                         4204 N. Brown Avenue
9                                                         Scottsdale, AZ 85251
                                                          Tel: 480-994-8888
10                                                        Fax: 480-947-2663
11
12                                                        *Counsel for i-Health, Inc.*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certificate of Service**

I certify that on September 25, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

s/ Kenneth Motolenich-Salas