1  Marvin A. Glazer (AZ Bar No. 5885)
   CAHILL GLAZER PLC
2  2141 E. Highland Ave., Suite 155
3  Phoenix, Arizona  85016
   Ph. (602) 956-7000
4  Fax (602) 495-9475
   Email: mglazer@cvglaw.com
5
6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
                        DISTRICT OF ARIZONA
9                        PHOENIX DIVISION

10

11  HI-HEALTH SUPERMART                     )
12  CORPORATION, an Arizona corporation,    )   Case No. CV 12-02615-PHX-GMS
                        Plaintiff,          )
13                                          )
                                            )   FIRST AMENDED PLAINTIFF
14  vs.                                     )   HI-HEALTH'S NOTICE OF
                                            )   DEPOSITION PURSUANT TO
15  I-HEALTH, INC., a Delaware corporation, )   FED. R. CIV. P. 30(b)(6) OF
                        Defendant.          )   DEFENDANT I-HEALTH, INC.
16  _____)

17

18

19  **TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

20      **PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

21  Procedure and the Order of the Court entered October 7, 2013, the Plaintiff Hi-Health

22  Supermart Corporation ("Plaintiff"), through its attorney, will take the deposition by oral

23  examination of Defendant i-Health, Inc. ("Defendant") on Thursday, October  24, 2013 at the

24  offices of Nixon & Vanderhye P.C., 901 N. Glebe Road, Fl. 11, Arlington, VA 22203-1853,

25  Telephone: (703) 816-4009, at 9:00 am.  Pursuant to Rule 30(b)(6), Defendant is directed to

26  designate one or more officers, directors, managing agents, or other persons to testify on its

27  behalf concerning the subject matter described within Amended Schedule A attached hereto.

28      The deposition will be recorded by stenographic means, will be conducted before an

                                      -1-

1  officer authorized to administer oaths, and will continue from day-to-day until completed.

2      At least five (5) business days prior to the noticed date, Defendant shall designate in

3  writing each person who will testify on its behalf, and identify the subject matter(s) listed

4  within attached Amended Schedule A as to which each designee shall testify.

5

6      You are invited to attend and cross-examine the witness(es).

7

8      Respectfully submitted this 14th day of October, 2013.

9

10                          /s/Marvin A. Glazer/
                        Marvin A. Glazer     email: mglazer@cvglaw.com

11                          Cahill Glazer PLC
                        2141 E. Highland Ave., Suite 155

12                          Phoenix, Arizona  85016
                        (602) 956-7000 (Telephone)

13                          (602) 956-4298 (Facsimile)
                        Attorney for Plaintiff Hi-Health Supermart Corporation

14

15

16  **CERTIFICATE OF ELECTRONIC FILING/SERVICE**

17      I HEREBY CERTIFY that on October 14, 2013, counsel for Plaintiff electronically filed

18  the foregoing FIRST AMENDED PLAINTIFF HI-HEALTH'S NOTICE OF DEPOSITION

19  PURSUANT TO FED. R. CIV. P. 30(b)(6) OF DEFENDANT I-HEALTH, INC. with the

20  Clerk of the Court by using the Court's CM/ECF system, which will serve an electronic

21  notice of this filing upon all parties of record who have consented to electronic service of

22  pleadings in this case.

23

24                          s/Marvin A. Glazer/

25                          Marvin A. Glazer (AZ Bar No. 005885)

26

27

28